IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 09-cv-01367-PAB-BNB

KLAUS BUNGE,

Plaintiff,

v.

AMBER INGRAM,

Defendant.

---

**ORDER**

---

I am informed that this case has been resolved. Accordingly,

IT IS ORDERED that on or before **August 9, 2010**, the parties shall file a stipulation or motion to dismiss with prejudice, pursuant to Fed. R. Civ. P. 41(a).

Dated July 27, 2010.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge